| Wages | Hours | Amount | YTD Amount |
|---|---|---|---|
| REG | 57.7500 | $1,266.51 | $6,947.85 |
| OT | 0.5000 | $5.48 | $615.94 |
| SICK | 9.0000 | $197.37 | $197.37 |
| HOLOT | 0.0000 | $0.00 | $148.03 |
| HOLREG | 0.0000 | $0.00 | $522.88 |
| SLEEP | 0.0000 | $0.00 | $88.00 |
| TRAINING | 13.7500 | $301.54 | $814.97 |

| Tax | Amount | YTD Amount |
|---|---|---|
| FED | $87.43 | $636.20 |
| MED | $25.68 | $135.36 |
| SS | $109.80 | $578.77 |
| OH | $40.03 | $228.90 |
| RAVENN | $41.80 | $207.62 |
| NONE | $0.00 | $0.00 |

| Deduction | Amount | YTD Amount |
|---|---|---|
| ADV | $50.00 | $200.00 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| Unclassified | $37.41 | $294.58 |
| VAC | | 0.00 |

| Cur Wages | Cur Deds | Current Taxes | Cur Net Pay | YTD Wages | YTD Deductions | YTD Taxes | YTD Net Pay |
|---|---|---|---|---|---|---|---|
| $1,770.90 | $50.00 | $304.74 | $1,453.57 | $9,335.04 | $200.00 | $1,786.85 | $7,642.77 |



02/13/26        $1,453.57

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $1,453.57 |

SAMANTHA EAKLE
240 NORTH AVENUE

| Wages | Hours | Amount | YTD Amount |
|---|---|---|---|
| REG | 87.2500 | $1,913.43 | $8,861.28 |
| OT | 17.5000 | $191.90 | $807.84 |
| SICK | 0.0000 | $0.00 | $197.37 |
| HOLOT | 0.0000 | $0.00 | $148.03 |
| HOLREG | 8.0000 | $175.44 | $698.32 |
| SLEEP | 0.0000 | $0.00 | $88.00 |
| MOC | 0.0000 | $70.00 | $70.00 |
| TRAINING | 10.2500 | $224.79 | $1,039.76 |

| Tax | Amount | YTD Amount |
|---|---|---|
| FED | $183.99 | $820.19 |
| MED | $37.35 | $172.71 |
| SS | $159.68 | $738.45 |
| OH | $64.09 | $292.99 |
| RAVENN | $58.39 | $266.01 |
| NONE | $0.00 | $0.00 |

| Deduction | Amount | YTD Amount |
|---|---|---|
| ADV | $50.00 | $250.00 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| Unclassified | $65.99 | $360.57 |
| VAC | | 0.00 |

| Cur Wages | Cur Deds | Current Taxes | Cur Net Pay | YTD Wages | YTD Deductions | YTD Taxes | YTD Net Pay |
|---|---|---|---|---|---|---|---|
| $2,575.56 | $50.00 | $503.50 | $2,088.05 | $11,910.60 | $250.00 | $2,290.35 | $9,730.82 |



Independence
OF PORTAGE COUNTY

                                                        02/27/26          $2,088.05

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $2,088.05 |

SAMANTHA EAKLE
240 NORTH AVENUE

| Wages | Hours | Amount | YTD Amount |
|---|---|---|---|
| REG | 97.7500 | $2,143.70 | $11,004.98 |
| OT | 17.7500 | $194.63 | $1,002.47 |
| SICK | 0.0000 | $0.00 | $197.37 |
| HOLOT | 0.0000 | $0.00 | $148.03 |
| HOLREG | 0.0000 | $0.00 | $698.32 |
| SLEEP | 0.0000 | $0.00 | $88.00 |
| MOC | 0.0000 | $0.00 | $70.00 |
| TRAINING | 0.0000 | $0.00 | $1,039.76 |

| Tax | Amount | YTD Amount |
|---|---|---|
| FED | $155.52 | $975.71 |
| MED | $33.91 | $206.62 |
| SS | $144.98 | $883.43 |
| OH | $56.99 | $349.98 |
| RAVENN | $58.46 | $324.47 |
| NONE | $0.00 | $0.00 |

| Deduction | Amount | YTD Amount |
|---|---|---|
| ADV | $50.00 | $300.00 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| Unclassified | $0.00 | $360.57 |
| VAC | | 0.00 |

| Cur Wages | Cur Deds | Current Taxes | Cur Net Pay | YTD Wages | YTD Deductions | YTD Taxes | YTD Net Pay |
|---|---|---|---|---|---|---|---|
| $2,338.33 | $50.00 | $449.86 | $1,838.47 | $14,248.93 | $300.00 | $2,740.21 | $11,569.29 |



03/13/26        $1,838.47

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $1,838.47 |

SAMANTHA EAKLE
240 NORTH AVENUE

RAVENNA, OH 44266

| Wages | Hours | Amount | YTD Amount |
|---|---|---|---|
| REG | 83.0000 | $1,820.26 | $12,825.24 |
| OT | 7.2500 | $79.50 | $1,081.97 |
| SICK | 0.0000 | $0.00 | $197.37 |
| HOLOT | 0.0000 | $0.00 | $148.03 |
| HOLREG | 0.0000 | $0.00 | $698.32 |
| SLEEP | 0.0000 | $0.00 | $88.00 |
| MOC | 0.0000 | $0.00 | $70.00 |
| TRAINING | 4.2500 | $93.20 | $1,132.96 |

| Tax | Amount | YTD Amount |
|---|---|---|
| FED | $114.08 | $1,089.79 |
| MED | $28.90 | $235.52 |
| SS | $123.56 | $1,006.99 |
| OH | $46.67 | $396.65 |
| RAVENN | $49.25 | $373.72 |
| NONE | $0.00 | $0.00 |

| Deduction | Amount | YTD Amount |
|---|---|---|
| ADV | $50.00 | $350.00 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| Unclassified | $17.82 | $378.39 |
| VAC | | 0.00 |

| Cur Wages | Cur Deds | Current Taxes | Cur Net Pay | YTD Wages | YTD Deductions | YTD Taxes | YTD Net Pay |
|---|---|---|---|---|---|---|---|
| $1,992.96 | $50.00 | $362.46 | $1,598.32 | $16,241.89 | $350.00 | $3,102.67 | $13,167.61 |



Independence
OF PORTAGE COUNTY

03/27/26        $1,598.32

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $1,598.32 |

SAMANTHA EAKLE
240 NORTH AVENUE

RAVENNA, OH 44266

| Wages | Hours | Amount | YTD Amount |
|---|---|---|---|
| REG | 0.0000 | $0.00 | $12,825.24 |
| OT | 0.0000 | $0.00 | $1,081.97 |
| SICK | 0.0000 | $0.00 | $197.37 |
| HOLOT | 0.0000 | $0.00 | $148.03 |
| HOLREG | 0.0000 | $0.00 | $698.32 |
| SLEEP | 0.0000 | $0.00 | $88.00 |
| MOC | 0.0000 | $0.00 | $70.00 |
| TRAINING | 0.0000 | $0.00 | $1,132.96 |
| REFERRAL | 0.0000 | $250.00 | $250.00 |

| Tax | Amount | YTD Amount |
|---|---|---|
| FED | $0.00 | $1,089.79 |
| MED | $3.63 | $239.15 |
| SS | $15.50 | $1,022.49 |
| OH | $3.99 | $400.64 |
| RAVENN | $6.25 | $379.97 |
| NONE | $0.00 | $0.00 |

| Deduction | Amount | YTD Amount |
|---|---|---|
| ADV | $0.00 | $350.00 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| Unclassified | $0.00 | $378.39 |
| VAC | | 0.00 |

| Cur Wages | Cur Deds | Current Taxes | Cur Net Pay | YTD Wages | YTD Deductions | YTD Taxes | YTD Net Pay |
|---|---|---|---|---|---|---|---|
| $250.00 | $0.00 | $29.37 | $220.63 | $16,491.89 | $350.00 | $3,132.04 | $13,388.24 |


Independence
OF PORTAGE COUNTY

                                   03/27/26         $220.63

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $220.63 |

SAMANTHA EAKLE
240 NORTH AVENUE

RAVENNA OH 44266